IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BRADFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 15-cv-01405-JPG-SCW |
| | ) |
| SGT KRAMER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 39) of Magistrate Judge Stephen C. Williams with regard to Defendants' Motion (Doc. 22) for Summary Judgment.  It is noted that objections to the R & R were required to be filed by February 13, 2017.  However, plaintiff was transferred and the Court resent the R & R and allowed an extra response period until March 27, 2017.  That time has expired and there are no objections by either party to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 39) and **GRANTS** in part and **DENIES** in part Defendants' Motion

(Doc.22) for Summary Judgment.  The Court finds that the defendants have not demonstrated that the Plaintiff failed to exhaust his administrative remedies and summary judgment is **DENIED** in that regard.  However, summary judgment is **GRANTED** with regard to plaintiff's first amendment claim and plaintiff's first amendment claim is **DISMISSED** without prejudice.  As such, this matter is proceeding on a single RLUIPA claim.

**IT IS SO ORDERED.**

**DATED:**  3/28/2017

> *s/J. Phil Gilbert*
> **J. PHIL GILBERT**
> **DISTRICT JUDGE**