# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BRADFORD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 15-cv-01405-JPG-SCW |
| SGT KRAMER, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 55) of Magistrate Judge Stephen C. Williams with regard to the Show Cause Order (Doc. 47) of March 10, 2017. The Show Cause Order directed the Plaintiff to show cause why his claims for injunctive relief under the Religious Land Use and institutionalized Act ("RLUIPA") should not be dismissed as moot since plaintiff was no longer incarcerated in the Alton Jail and could no longer receive the benefit of injunctive relief. Plaintiff filed a response (Doc. 50) and the defendants filed a reply (Doc. 53). After considering plaintiff's response and defendants' reply, Magistrate Judge William issued an R & R recommending that the Court dismiss plaintiff's RLUIPA claim as moot.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R and the time for objecting has expired. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 55). Plaintiff's claim for injunctive relief under RLUIPA is **DISMISSED** without prejudice as moot. There are no remaining claims in this matter. As such, this matter is **DISMISSED** without prejudice and the Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 5/31/2017

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**